IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES MATHEW LANDERS                                               PETITIONER
ADC #554474

V.                        CASE NO. 4:21-CV-385-BRW-BD

GARY M. ARNOLD                                                     RESPONDENT

## ORDER

I have reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. Mr. Landers and Petitioner's objections to the Recommendation. After making a *de novo* review of the record, I approve and adopt approved and adopted Recommended Disposition in all respects.

Accordingly, Mr. Landers's petition for writ of habeas corpus (Doc. No. 2) is DISMISSED, without prejudice.

IT IS SO ORDERED, this 21st day of May, 2021.

                                                    Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE