# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JAMES MATHEW LANDERS                                                                PETITIONER
ADC #554474

V.                                       CASE NO. 4:21-CV-385-BRW-BD

GARY M. ARNOLD                                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that James Mathew Landers's petition for writ of habeas corpus (Doc. No. 2) is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 21st day of May, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE
